446 A.2d 671

Commonwealth v. Marquess, Appellant.
Petition for Allowance of Appeal Denied Sept. 13, 1982.

Argued January 25, 1982. Sara Webster, Assistant Public Defender, for appellant; Stephen B. Harris, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.